# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR316 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| RICHARD GARZA, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for a reduction of his sentence (Filing No. 289).

IT IS ORDERED:

1. The Defendant's motion for a reduction of his sentence (Filing No. 289) is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 20th day of September, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge